

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

| | | |
|---|---|---|
| MICHAEL A. MIRANDA*<br>STEVEN VERVENIOTIS<br>ONDINE SLONE<br>RICHARD S. SKLARIN°<br>MAURIZIO SAVOIARDO<br>ANDREW B. KAUFMAN±<br>LAWRENCE S. WASSERMAN*<br>_____<br><br>*ALSO ADMITTED IN NEW JERSEY<br>□ALSO ADMITTED IN FLORIDA<br>±ALSO ADMITTED IN DISTRICT OF COLUMBIA<br>° RESIDENT IN WESTCHESTER | THE ESPOSITO BUILDING<br>240 MINEOLA BOULEVARD<br>MINEOLA, NY 11501<br>TEL  (516) 741-7676<br>FAX  (516) 741-9060<br><br>WWW.MSSSV.COM<br><br>BRANCH OFFICES:<br>WESTCHESTER, NY<br>NEW YORK, NY<br>WOODBRIDGE, NJ | SENIOR COUNSEL<br>LOUISE FASANO<br>NANCY R. SCHEMBRI°<br>ANNE P. EDELMAN<br>ABRAHAM WARMBRAND<br>LAURA ALTO<br>_____<br>ASSOCIATES<br>GABRIELLA CAMPIGLIA<br>RICHARD B. EPSTEIN<br>CHRISTOPHER J. LAMPERT*<br>BRANDON H. DORMAN<br>JAMES KIMMEL°<br>MICHAEL R. SEIDON<br>ANDRÉ S. HAYNES |

WRITER'S E-MAIL:
SVERVENIOTIS@MSSSV.COM

DIRECT DIAL:
(516) 741-8488

September 13, 2022

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:  Rutgers Casualty Insurance Company v.
FT Hardwood Floors & Construction, Inc.,
Rochdale Insurance Company, et al.
Case Number:  22-cv-05310
Our File No.:  20-041

Your Honor:

    We represent plaintiff, Rutgers Casualty Insurance Company, in the above-referenced matter.  In accordance with your Honor's Order, attached please find a proposed Default Judgment in the above-referenced matter; it also was filed with the motion papers.  In addition, we respectfully request an adjournment of the telephone conference calendared for September 20, 2022, at 3:00 p.m. to 4:00 p.m. in that I have a conflict at 3:00 p.m., but I also point out none of the defendants have appeared in this matter.

    Very truly yours,
**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

s/Steven Verveniotis

Steven Verveniotis

---

*Endorsement:* The default judgment hearing scheduled for September 20 is hereby RESCHEDULED to **September 22, 2022**, at **3:00 pm.**  Plaintiff shall serve a copy of this endorsed letter on all Defendants and file proof of service on the docket by no later than **September 16, 2022**.  The Clerk of Court is directed to terminate ECF No. 24.  SO ORDERED.

*/s/ Jesse M. Furman*
September 14, 2022