UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
RUTGERS CASUALTY INSURANCE COMPANY,                    CIV: 22-cv-05310(JMF)

            Plaintiff,
 -against-              **DEFAULT JUDGMENT**

FT HARDWOOD FLOORS & CONSTRUCTION,
INC., ROCHDALE INSURANCE COMPANY, 150
WEST 28TH STREET, LLC, BREATHER PRODUCTS
US INC., and TBRO'S RENOVATION INC.,

            Defendants.
----------------------------------------------------------------------X

  This action having been commenced on June 23, 2022 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendants, FT HARDWOOD FLOORS & CONSTRUCTION, INC., 150 WEST 28TH STREET, LLC, BREATHER PRODUCTS US INC., and TBRO'S RENOVATION INC. by service of process on an authorized agent of the Secretary of State of the state of New York on July 5, 2022, and on defendant ROCHDALE INSURANCE COMPANY by service of process on an authorized agent of the New York State Department of Financial Services on July 6, 2022 and proof of service having been filed on July 8, 2022 and August 3, 2022, and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

  ORDERED, ADJUDGED AND DECREED:  That the plaintiff, Rutgers Casualty Insurance Company, is not obligated to indemnify or defend FT HARDWOOD FLOORS & CONSTRUCTION, INC., ROCHDALE INSURANCE COMPANY, 150 WEST 28TH STREET, LLC, BREATHER PRODUCTS US INC., TBRO'S RENOVATION INC., and any other party seeking coverage under the Rutgers Policy of insurance issued to defend FT HARDWOOD FLOORS & CONSTRUCTION, INC. as to the claims asserted or which may arise from the claims asserted in the action captioned

<u>Rochdale Insurance Company as assignee of Shakawat Bhiuyan, assignor, v. 150 West 28th Street, LLC, 150 West 28th Street Suite 404, LLC, Breather Products US Inc., Breather Products Inc., TBRO's Renovation Inc., and "John Doe" Corporation</u>, which includes multiple third-party actions brought against FT Hardwood, pending before the Supreme Court of the State of New York, County of New York, under the Index No. 158679/2019.

Dated:   New York, New York
         September 22, 2022

_____
U.S.D.J. Jesse M. Furman

This document was entered on the docket on _____.

SDNY Web 5/99

The Clerk of Court is directed to close this case.